# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | **DEFERRED JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **5:07-cr-00004 TAG** |
| v. | |
| KRISTEN M. CASSELLA | Gregory H. Mitts<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  pleaded guilty to count One of the Information.
[ ]  pleaded nolo contendere to counts(s) _____ which was accepted by the court.
[ ]  was found guilty on count(s) _____ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC § 844 | Possession of a Controlled Substance (CLASS A MISDEMEANOR) | 11/9/2006 | One |

The defendant is sentenced as provided in pages 1 through 3 of this judgment. The sentence is imposed pursuant to 18 U.S.C. § 3607.

[✔]  Deferred Judgment: Pursuant to 18 U.S.C. § 3607, the defendant is placed on probation for a period of twelve months, without entering a judgment of conviction. If the defendant successfully completes probation, the Court shall, without entering a judgment of conviction, dismiss the proceedings and discharge the defendant from probation. The defendant shall pay a fine to the United States in the amount of $1,000.00, payment to begin immediately (see special conditions of supervision - pg. 3). The interest is waived. If the defendant violates a condition of probation, the Court shall proceed in accordance with the provisions of 18 U.S.C. § 3565.

[✔]  Appeal rights given.               [ ]   Appeal rights waived.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

6/4/2007
Date of Imposition of Judgment

*/s/ Theresa A. Goldner*
Signature of Judicial Officer

THERESA A. GOLDNER, United States Magistrate Judge
Name & Title of Judicial Officer

June 6, 2007
Date

# PROBATION

The defendant is hereby sentenced to prejudgment probation for a period of 12 months.

While on probation, the defendant shall not commit another federal, state, or local crime, and shall not possess a firearm as defined in 18 USC § 921, shall not illegally possess controlled substances, and shall comply with the standard conditions which have been recommended by the United States Sentencing Commission and adopted by this court.

Further, the defendant shall refrain from any use of a controlled substance. The defendant shall submit to one drug test within 15 days of today's date and at least two periodic drug tests thereafter, not to exceed four tests per month.

IT IS THE ORDER OF THE COURT that you shall comply with the following standard conditions:

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without permission of the court or probation officer;

2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;

4. The defendant shall support his or her dependants and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;

6. The defendant shall notify the probation officer ten days prior to any change in residence or employment;

7. The defendant shall refrain from excessive use of alcohol;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 3/04) Sheet 4 - Conditions of Probation

CASE NUMBER: Case 6:07-cr-00004-JLT  Document 11  Filed 06/06/07  Page 3 of 3 Judgment - Page 3 of 3
DEFENDANT: KRISTEN M. CASSELLA

The Court adopts the special conditions of supervision and imposes the following:

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

3. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

4. In lieu of the $1,000.00 fine, the defendant shall complete 200 hours of unpaid community service as directed by the probation officer. The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program. Community service shall be completed within ten months of sentencing.