# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM

Honorable Theresa A. Goldner
United States Magistrate Judge
Bakersfield, California

                                  **RE:**   **Kristen M. CASSELLA**
                                                **Docket Number:   5:07CR00004 TAG**
                                                **REVISED SELF SURRENDER DATE**

Your Honor:

The purpose of this Memorandum is to respectfully request that the surrender date of October 20, 2008, be extended to November 14, 2008, thereby to allow sufficient time for the U. S. Marshal's Service to process the custody order.

On October 7, 2008, the undersigned officer contacted Susan Perry, Legal Technician, with the U. S. Marshal's Service in Fresno, California and she advised that a self surrender date of November 14, 2008, would provide sufficient time to process the defendant's designation.

By way of review, on October 7, 2008, the defendant, Ms. Cassella, while represented by counsel, Mr. Gregory Mitts appeared before your Honor for a Dispositional Hearing. The Court imposed sentence as recommended in the Dispositional Memorandum submitted by the undersigned officer dated September 19, 2008.

It is respectfully requested the Court modify the Order as follows: It is further ordered that the defendant having been sentenced to the custody of the Bureau of Prisons shall surrender to the institution designated by the Bureau of Prisons or if no such institution has been designated to the U. S. Marhshal's Service at Fresno before 2:00 p.m. on November 14, 2008. The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court.

Rev. 05/2006
MEMO ~ COURT.MRG

RE: Kristen M. CASSELLA
    Docket Number:   5:07CR00004 TAG
    <u>REVISED SELF SURRENDER DATE</u>

                          Respectfully submitted,

                          /s/ Lonnie E. Stockton

                          **LONNIE E. STOCKTON**
                          **United States Probation Officer**

Dated:    October 8, 2008
          Bakersfield, California
          LES:ks


REVIEWED BY:    <u>/s/ Thomas A. Burgess</u>
                **THOMAS A. BURGESS**
                **Supervising United States Probation Officer**


cc:   Captain Ernest J. Calderon
      Assistant United States Attorney

      Gregory H. Mitts
      Defense Counsel


AGREE: ✓          DISAGREE: _____

/s/ Theresa A. Goldner                    10/8/2008
THERESA A. GOLDNER                        DATE
United States Magistrate Judge